# Order

**Michigan Supreme Court**
**Lansing, Michigan**

March 5, 2012

143444

Robert P. Young, Jr.,
Chief Justice

Michael F. Cavanagh
Marilyn Kelly
Stephen J. Markman
Diane M. Hathaway
Mary Beth Kelly
Brian K. Zahra,
Justices

TAYLOR CITY COUNCIL,
      Plaintiff-Appellee,

v

JEFFREY LAMARAND,
      Defendant-Appellant,
and

CHERYL BURKE,
      Defendant.

SC: 143444
COA: 297052
Wayne CC: 10-001113-AS

_____/

On order of the Court, the application for leave to appeal the June 21, 2011 judgment of the Court of Appeals is considered, and it is DENIED, because we are not persuaded that the questions presented should be reviewed by this Court.

I, Corbin R. Davis, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

March 5, 2012

t0227

_____
Clerk